GEORGE H. FLETCHER et al., Appellants, *v.* THE MANHATTAN LIFE INSURANCE COMPANY, Respondent.

*Real property — trust — action to establish trust in real property and for accounting.*

*Fletcher* v. *Manhattan Life Ins. Co.*, 204 App. Div. 814, affirmed.

(Argued October 10, 1923; decided October 26, 1923.)

APPEAL from a judgment, entered April 12, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint.  The action was to have it adjudged that defendant held certain real property as trustee for the plaintiffs and for an accounting of rents and profits.  The complaint alleged that on March 17, 1914, the day before the said premises were to be sold in foreclosure, one of the appellants negotiated with the president of respondent an oral contract, the terms of which were in substance that the insurance company should buy in at the foreclosure sale and then resell the property to appellants at the cost of the property.  Plaintiffs allege the foreclosure sale and the purchase

of the property by respondent, and that they took no part in it, relying on the alleged contract. They allege their due performance that they were ready, able and willing at all times to perform their contract, that they tendered performance thereof, but that respondent resold the premises to a third party in violation of the alleged trust.

*George C. Austin* for appellants.

*James A. O'Gorman, D. Theodore Kelly* and *Howard B. Harte* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.